RECEIVED
5/6/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY J. HALPERN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHIQUITA BROOKS-LASURE, SAMANTHA POWER, GOLI SHEIKHOLESLAMI, XAVIER BECERRA, LLOYD J. AUSTIN III, ROBERT M. CALIFF, MIGUEL CARDONA, DENISE CARTER, KILOLO KIJAKAZI, MARTIN J. O'MALLEY, CAROLYN COLVIN, GEORGE SOROS, BILL GATES, DOES 1-100, AND OTHER NAMED DEFENDANTS IN THEIR PERSONAL CAPACITIES,<br><br>　　　　　Defendants. | Civil No.: 1:25-cv-03637 |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY

Upon consideration of Plaintiff's Motion for Leave to Conduct Limited Jurisdictional Discovery as to Defendant Goli Sheikholeslami's citizenship for diversity purposes, the Opposition thereto, and the entire record herein,

IT IS HEREBY ORDERED that the Motion is GRANTED.

Plaintiff is permitted to serve limited discovery requests focused solely on the issue of Defendant Goli Sheikholeslami's domicile at the time of removal, including but not limited to:

1. Voter registration history;

2. Driver's license or state ID issuance;

3. Lease agreements or property records;

4. Tax filings and address records indicating principal residence.

Defendant shall respond to such discovery within 14 days of service.

SO ORDERED.

Dated: _____, 2025


_____
Hon. Jeffrey I. Cummings
United States District Judge

# CERTIFICATE OF SERVICE

Pursuant to LR 5.5, I hereby certify that on May 6, 2025, I caused copies of the foregoing Plaintiff's Consolidated Supplemental Reply (1) In Support of Motion to Remand for Lack of Subject Matter Jurisdiction (Removal Void Ab Initio), and (2) In Support of Motion to Strike and Motion for Sanctions Under Rule 11, **together with all accompanying filings and documents**, to be served on Defendant through her attorneys, by U.S. mail in accordance with Fed. R. Civ. P. 5(b) and by e-mail at the addresses below:

**BALLARD SPAHR LLP**
By: *s/ Chad R. Bowman*
Chad R. Bowman
1909 K Street NW, 12th Floor Washington, D.C. 20006
Tel: (202) 508-1120
Fax: (202) 661-2299
bowmanc@ballardspahr.com

Isabella Salomão Nascimento
2000 IDS Center, 80 South 8th Street Minneapolis, MN 55402
Tel: (612) 371-3281
Fax: (612) 371-3207
salomaonascimentoi@ballardspahr.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Brian A. Sher Steven G. Trubac
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Tel: (312) 602-5000
Fax: (312) 602-5050
brian.sher@bclplaw.com steve.trubac@bclplaw.com

_____
Gregory J. Halpern