

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY J. HALPERN,<br><br>Plaintiff,<br><br>v.<br><br>CHIQUITA BROOKS-LASURE, SAMANTHA POWER, GOLI SHEIKHOLESLAMI, XAVIER BECERRA, LLOYD J. AUSTIN III, ROBERT M. CALIFF, MIGUEL CARDONA, DENISE CARTER, KILOLO KIJAKAZI, MARTIN J. O'MALLEY, CAROLYN COLVIN, GEORGE SOROS, BILL GATES, DOES 1-100, AND OTHER NAMED DEFENDANTS IN THEIR PERSONAL CAPACITIES,<br><br>Defendants. | Civil No.: 1:25-cv-03637 |

## NOTICE OF FILING

To: Counsel for Defendant Goli Sheikholeslami
(See Certificate of Service)

PLEASE TAKE NOTICE that on May 6, 2025, Plaintiff Gregory J. Halpern filed the attached:

* PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY
 *[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY

with the Clerk of the United States District Court for the Northern District of Illinois.

Respectfully submitted,
Dated: May 6, 2025

*/s/ Gregory J. Halpern*

GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to LR 5.5, I hereby certify that on May 6, 2025, I caused copies of the foregoing Plaintiff's Consolidated Supplemental Reply (1) In Support of Motion to Remand for Lack of Subject Matter Jurisdiction (Removal Void Ab Initio), and (2) In Support of Motion to Strike and Motion for Sanctions Under Rule 11, **together with all accompanying filings and documents**, to be served on Defendant through her attorneys, by U.S. mail in accordance with Fed. R. Civ. P. 5(b) and by e-mail at the addresses below:

**BALLARD SPAHR LLP**
By: *s/ Chad R. Bowman*
Chad R. Bowman
1909 K Street NW, 12th Floor Washington, D.C. 20006
Tel: (202) 508-1120
Fax: (202) 661-2299
bowmanc@ballardspahr.com

Isabella Salomão Nascimento
2000 IDS Center, 80 South 8th Street Minneapolis, MN 55402
Tel: (612) 371-3281
Fax: (612) 371-3207
salomaonascimentoi@ballardspahr.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Brian A. Sher   Steven G. Trubac
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Tel: (312) 602-5000
Fax: (312) 602-5050
brian.sher@bclplaw.com   steve.trubac@bclplaw.com

_____
Gregory J. Halpern