**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY J. HALPERN,<br><br>Plaintiff,<br><br>vs.<br><br>CHIQUITA BROOKS-LASURE, SAMANTHA POWER, GOLI SHEIKHOLESLAMI, XAVIER BECERRA, LLOYD J. AUSTIN III, ROBERT M. CALIFF, MIGUEL CARDONA, DENISE CARTER, KILOLO KIJAKAZI, MARTIN J. O'MALLEY, CAROLYN COLVIN, GEORGE SOROS, BILL GATES, DOES-100, AND OTHER NAMED DEFENDANTS IN THEIR PERSONAL CAPACITIES,<br><br>Defendants. | ) | Case No. 25-cv-03637 |

**DEFENDANT BILL GATES' MOTION TO QUASH SERVICE OF PROCESS**

COMES NOW, Bill Gates (hereinafter, "Mr. Gates" or "Defendant"), by and through undersigned counsel and does hereby move to quash purported service of process in this matter and dismiss the Complaint for lack of personal jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(5) and 4(e).[1] In support of his Motion, Defendant states as follows:

1. Plaintiff claims to have served process on Mr. Gates.

2. Mr. Gates was not properly served pursuant to Federal Rule of Civil Procedure 4(e).

[1] Undersigned counsel enters an appearance and files this Motion on behalf of Defendant for the limited purpose of quashing the purported service of process. Defendant does not consent to the jurisdiction of the Court and does not waive his right to object to the Court's jurisdiction. *See Shaw v. Otto*, No. 22-cv-0439, 2023 WL 7629751, at *6 (N.D. Ill. Nov. 14, 2023) ("it is well-established that filing an appearance does not waive the right to challenge personal jurisdiction, where, as here, 'defendants comply with the rules by raising their defenses in their first responsive pleading . . . .'") (citing *Swanson v. City of Hammond, Ind.*, 411 Fed. Appx. 913, 915 (7th Cir. 2011)).

3. In further support of his Motion to Quash, Defendant incorporates his Memorandum of Law in Support of his Motion, which is filed contemporaneously herewith.

WHEREFORE, Defendant respectfully requests that this Court enter an Order quashing service of process, striking the Motion for Default, dismissing the Complaint for lack of personal jurisdiction, and granting any other and further relief deemed just and proper.

Dated: July 15, 2025

Respectfully submitted,

By: */s/ Kenn Brotman*
One of Defendant's Attorneys

Kenn Brotman
Molly G. Baldock
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8000
kenn.brotman@klgates.com
molly.baldock@klgates.com

*Attorneys for Bill Gates, Defendant*

**CERTIFICATE OF SERVICE**

This is to certify that on July 15, 2025 the foregoing Motion to Quash was filed with the Clerk of Court using the CM/ECF system which will send notice of the filing to all counsel of record.

*/s/ Kenn Brotman*