# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY J. HALPERN,<br><br>Plaintiff,<br><br>vs.<br><br>CHIQUITA BROOKS-LASURE, SAMANTHA POWER, GOLI SHEIKHOLESLAMI, XAVIER BECERRA, LLOYD J. AUSTIN III, ROBERT M. CALIFF, MIGUEL CARDONA, DENISE CARTER, KILOLO KIJAKAZI, MARTIN J. O'MALLEY, CAROLYN COLVIN, GEORGE SOROS, BILL GATES, DOES-100, AND OTHER NAMED DEFENDANTS IN THEIR PERSONAL CAPACITIES,<br><br>Defendants. | ) | Case No. 25-cv-03637 |

**AFFIDAVIT OF KATJA ELLERSON**

I, KATJA ELLERTSON, on oath and under penalty of perjury, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am over eighteen (18) years of age. I am fully competent to make this Affidavit as I have personal knowledge as to the statements herein and could testify competently thereto.

2. I currently serve in the role as a Senior Paralegal for the Gates Foundation.

3. The Gates Foundation maintains offices at 500 Fifth Ave. N., Seattle, Washington 98109.

4. On March 11, 2025, I was advised that there was a process server at the Gates Foundation offices to serve court related documents. I am authorized by the Gates Foundation Legal Department to accept service on behalf of the Gates Foundation, and therefore agreed to meet with the process server.

5. Upon meeting with the process server, we both identified ourselves and the process server provided me with certain documents.

6. Upon a review of the documents, I recognized that the Gates Foundation was not identified on the Summons or the Complaint, but rather that they were directed to Mr. Bill Gates, individually. I am not authorized to accept service for Mr. Bill Gates individually.

7. Because the Gates Foundation was not listed as a party, I was not able to sign for the documents.

8. I informed the process server that I could not sign for the documents.

9. The process server advised that they would not take the documents back and that they were leaving the documents anyway.

FURTHER AFFIANT SAYTEH NOT.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: July 14, 2025

Signature: [signature]