# Exhibit 2

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) — FOR COURT USE ONLY

Gregory Halpern
Gregory Halpern
11008 Morning Dove Lane Spring Grove, IL 60081

TELEPHONE NO.: (847) 565-9732 | FAX NO. | E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: :

**IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT FOR LAKE COUNTY, ILLINOIS**

STREET ADDRESS: 18 N COUNTY ST
MAILING ADDRESS:
CITY AND ZIP CODE: WAUKEGAN, IL 60085
BRANCH NAME:

PLAINTIFF/PETITIONER: Gregory Halpern
DEFENDANT/RESPONDENT: Bill Gates

CASE NUMBER: 2025LA00000130

**DECLARATION OF DILIGENCE**

Ref. No. or File No.:

I, Bridgette Smallback , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Bill Gates as follows:
Documents:

**Summons; Complaint; Notice of Filing**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 3/11/2025 | 10:20 AM | Business | I spoke with the front desk staff, who searched the database to determine if any legal documents could be accepted. A member of the legal department, Katja Ellerson, was notified and came to the lobby to examine the documents. Both she and I identified ourselves. She was forced to reject the documents after noticing they were not for the foundation, but for Bill Gates himself. It was pointed out to me that since she had to refuse and speak with the counsel, I could drop serving. With the documents in her hand, I informed her I would be dropping serving her refusal. We again identified ourselves and parted ways. - Bridgette Smallback<br>500 5th Ave N, Seattle, WA 98109 |

Fee for Service: **$ .00**
County:
Registration No.:
**Process Server One - EFile Expert LLC**
**13395 Voyager Parkway Suite 130 PMB 311**
**Colorado Springs, CO 80921**
**(855) 545-1303**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 11, 2025.

Signature:
**Bridgette Smallback**

**AFFIDAVIT OF REASONABLE DILIGENCE**

**Order#: 33453**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Gregory Halpern
Gregory Halpern
11008 Morning Dove Lane, Spring Grove, IL 60081
TELEPHONE NO.: (847) 568-9732 | FAX NO. | E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT FOR LAKE COUNTY, ILLINOIS
STREET ADDRESS: 18 N COUNTY ST
MAILING ADDRESS:
CITY AND ZIP CODE: WAUKEGAN, IL 60085
BRANCH NAME:

PLAINTIFF: Gregory Halpern
DEFENDANT: Bill Gates

CASE NUMBER: 2025LA00000130

# PROOF OF SERVICE

Ref. No. or File No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**Summons; Complaint; Notice of Filing**

PARTY SERVED: **Bill Gates**

PERSON SERVED: **Katja Ellerson - Legla Department**

DATE & TIME OF DELIVERY: **3/11/2025**
**10:20 AM**

DDRESS, CITY, AND STATE: **500 5th Ave N**
**Seattle, WA 98109**

ANNER OF SERVICE:

ITNESS FEES:
**Were offered or demanded and paid: $ .00.**

Fee for Service: $ .00
County:
Registration No.:
Process Server One - EFile
Expert LLC
13395 Voyager Parkway Suite 130
PMB 311
Colorado Springs, CO 80921
(855) 545-1303

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 11, 2025

Signature: [signature]
Bridgette Smallback