# Exhibit 3

BC

FILED
7/7/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAM

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| **GREGORY J. HALPERN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHIQUITA BROOKS-LASURE, SAMANTHA POWER, GOLI SHEIKHOLESLAMI, XAVIER BECERRA, LLOYD J. AUSTIN III, ROBERT M. CALIFF, MIGUEL CARDONA, DENISE CARTER, KILOLO KIJAKAZI, MARTIN J. O'MALLEY, CAROLYN COLVIN, GEORGE SOROS, BILL GATES, DOES 1-100, AND OTHER NAMED DEFENDANTS IN THEIR PERSONAL CAPACITIES,**<br><br>**Defendants.** | **Civil No.: 1:25-cv-03637** |

# PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST BILL GATES

**NOW COMES** Plaintiff, Gregory J. Halpern, Pro Se, pursuant to Federal Rule of Civil Procedure 55(a), and respectfully requests that this Court enter default against Defendant **Bill Gates** for failure to plead or otherwise defend within the time prescribed by law. In support thereof, Plaintiff states:

1. Defendant Bill Gates was duly served with a copy of the Summons and Complaint on March 11, 2025.

2. More than 90 days have passed since service of process, and Defendant has failed to answer or otherwise appear in this matter.
3. As of the date of this filing, the docket reflects no appearance or responsive pleading by Defendant Bill Gates.

WHEREFORE, Plaintiff respectfully requests the Clerk of Court enter default against Defendant Bill Gates pursuant to Rule 55(a) and for such further relief as the Court deems just and proper.

Dated: July 7, 2025

Respectfully Submitted,

GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

**CERTIFICATE OF SERVICE**

Pursuant to LR 5.5, I hereby certify that on July 7, 2025, I caused copies of the foregoing **Plaintiff's Motion for Entry of Default Against Defendant Bill Gates** and all attendant exhibits to be served on Defendant through her attorneys, by U.S. mail in accordance with Fed. R. Civ. P. 5(b) and by e-mail at the addresses below:

**BALLARD SPAHR LLP**
By: *s/ Chad R. Bowman*
Chad R. Bowman
1909 K Street NW, 12th Floor Washington, D.C. 20006
Tel: (202) 508-1120
Fax: (202) 661-2299
bowmanc@ballardspahr.com

Isabella Salomão Nascimento
2000 IDS Center, 80 South 8th Street Minneapolis, MN 55402
Tel: (612) 371-3281
Fax: (612) 371-3207
salomaonascimentoi@ballardspahr.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Brian A. Sher Steven G. Trubac
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Tel: (312) 602-5000
Fax: (312) 602-5050
brian.sher@bclplaw.com steve.trubac@bclplaw.com

Gregory J. Halpern

# EXHIBIT A:

AFFIDAVIT OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): FOR COURT USE ONLY

Gregory Halpern
Gregory Halpern
11008 Morning Dove Lane, Spring Grove, IL 60081

TELEPHONE NO.: (847) 565-9732 | FAX NO. | E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): :

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT FOR LAKE COUNTY, ILLINOIS

STREET ADDRESS: 18 N COUNTY ST
MAILING ADDRESS:
CITY AND ZIP CODE: WAUKEGAN, IL 60085
BRANCH NAME:

PLAINTIFF: Gregory Halpern
DEFENDANT: Bill Gates

CASE NUMBER: 2025LA00000130

## PROOF OF SERVICE

Ref. No. or File No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Summons; Complaint; Notice of Filing**

PARTY SERVED: **Bill Gates**

PERSON SERVED: **Katja Ellerson - Legla Department**

DATE & TIME OF DELIVERY: **3/11/2025**
**10:20 AM**

DDRESS, CITY, AND STATE: **500 5th Ave N**
**Seattle, WA 98109**

ANNER OF SERVICE:

ITNESS FEES:
**Were offered or demanded and paid: $ .00.**

Fee for Service: $ .00
County:
Registration No.:
Process Server One - EFile Expert LLC
13395 Voyager Parkway Suite 130
PMB 311
Colorado Springs, CO 80921
(855) 545-1303

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 11, 2025

Signature: [signature]
Bridgette Smallback